UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiff,                No. 4:22-mj-30091

v.                                       Judge: Curtis Ivy, Jr.

MATTHEW THOMAS KROL,

                Defendant.

_____

GOVERNMENT'S PETITION FOR REMOVAL
OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF
_____

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order holding defendant Matthew Thomas Krol to answer to charges pending in another federal district, and states:

1.      On February 22, 2022, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of Columbia based on a Complaint.   Defendant is charged in that district with violations of 18 U.S.C. § 111(a)(1) and (b) (assaulting, resisting or impeding certain officers using a dangerous weapon or inflicting bodily injury); 18 U.S.C. § 231(a)(3) (civil disorder); 18 U.S.C. § 1752(a)(1) (entering and remaining in a restricted building or grounds); 18 U.S.C. § 1752(a)(2) (disorderly and disruptive conducted in a restricted building or grounds); 18 U.S.C. § 1752(a)(4) (engaging in

physical violence in a restricted building or grounds); and Title 40 U.S.C. Section

5104(e)(2)(F) (act of physical violence on capitol grounds or buildings).

2.      Rule 5 requires this Court to determine whether defendant is the

person named in the arrest warrant described in Paragraph One above.   See Fed.

R. Crim. P. 5(c)(3).

WHEREFORE, the government requests this Court to conduct removal

proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

Date:   February 23, 2022            s/ MITRA JAFARY-HARIRI
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9632