# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW THOMAS KROL | )<br>)  Case No. 22-30091<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| *Place:*<br>United States Courthouse<br>600 Church Street<br>Flint, MI 48502 | *Courtroom:* Magistrate Judge's Courtroom |
|---|---|
| | *Date and Time:* February 28, 2022 at 1:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 24, 2022

s/Curtis Ivy, Jr.
*Judicial Officer's Signature*

Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*