UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 22-mj-30091

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

MATTHEW THOMAS KROL,

        Defendant.
_____/

## APPEARANCE

To:    Clerk of the Court and All Parties of Record:

Enter my appearance as Counsel in the case for Defendant.

I certify that I am admitted to practice in the Court.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**
**EASTERN DISTRICT OF MICHIGAN**

s/Bryan J. Sherer
BRYAN J. SHERER
Attorney for Defendant
111 E. Court Street, Suite L-100
Flint, Michigan 48502
(810) 232-3600
E-mail:  bryan_sherer@fd.org
P69254

Dated:  February 24, 2022